NUMBER 13-00-481-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


CITY OF WESLACO
, Appellant,


v.



STEVE WISNIEWSKI
, Appellee.

____________________________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam


 Appellant, CITY OF WESLACO, perfected an appeal from a
judgment entered by the 92nd District Court of Hidalgo County, Texas,
in cause number C-6980-96-A. After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. Appellant states that it
no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of August, 2000.